IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Estate of Dyonta Quarles, Jr.** | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | : **Case No. 1:22-cv-02037-JRR** |
| | : |
| **P.O. J. Ricci,** *et al.* | : |
| | : |
| *Defendants.* | : |

**POST-DISCOVERY JOINT STATUS REPORT**

COME NOW the parties, by and through undersigned counsel, and pursuant to this Court's Scheduling Order (ECF 30, as amended by ECF 32), and submit this Post-Discovery Joint Status Report and say to this Honorable Court:

1. The Plaintiff contends discovery has been completed other than expert discovery of which a motion to extend time to complete discovery has been filed by counsel for the Plaintiff. (ECF 37). The Defendants contend that discovery has been fully completed, including expert discovery and will oppose the motion.

2. There is a pending motion to extend time to complete discovery filed by the Plaintiff. (ECF No. 37). The Defendants will oppose this motion.

3. All Defendants intend to file a dispositive pretrial motion.

4. The case is to be a jury trial and the parties anticipate a trial no longer than 4 days.

5. The parties have not engaged in settlement discussions.

6. The parties believe it would be helpful to refer this case to another judge of this Court for a settlement or other alternative dispute resolution (ADR) conference after the filing of, but before the resolution of any dispositive pretrial motion.

7. The parties do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

8. There are no other matters that need to be brought to the Court's attention.

Respectfully submitted,

_____/S/ (with permission)_____
Gregory E. Kulis # 6180966
GREGORY E. KULIS & ASSOCIATES, LTD.
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
p: (312) 580-1830 / f: (312) 580-1839
e. service@kulislawltd.com

*Counsel for the Plaintiffs*

*Philip E. Culpepper*_____
Philip E. Culpepper
Supervising County Attorney
ANNE ARUNDEL COUNTY OFFICE OF LAW
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
pculpepper@aacounty.org
Bar Number 28519

*Thomas J. Mitchell*_____
Thomas J. Mitchell
Assistant County Attorney
ANNE ARUNDEL COUNTY OFFICE OF LAW
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
lwmitt00@aacounty.org
Bar Number 18774

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of December, 2023, a copy of the foregoing Post-Discovery Joint Status Report was filed electronically via this Court's ECF electronic filing system, which will make service upon all parties so entitled.

*Philip E. Culpepper*_____
Philip E. Culpepper